*Henry A. Tallmadge, by his next friend* v. *John P. Cushman et al.* J. BLUNT, for complainant; S. STEVENS, for defendants. Bill for construction of the clause in the will of B. Tallmadge, relative to the share of complainant, as heir at law of his father, G. W. Tallmadge, deceased, in testator's estate, devised to defendants as trustees. Decree declaring that complainant is entitled to the one half of the income of

his father's share of the property, from the death of the latter up to the time of the marriage of the mother, and to the whole principal and interest of the fund subsequent to the marriage of the mother, on the 22d of August, 1839.